```
                                   FILED
                              APRIL 15, 2013
                           CLERK, US DISTRICT COURT
                           EASTERN DISTRICT OF
                               CALIFORNIA

                           DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>KIRK ARTHELL SANDERSON,　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　) | Case No. MAG. 13-00115-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KIRK ARTHELL SANDERSON, Case No. MAG. 13-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

✓ Bail Posted in the Sum of: $100,000.00

____ Co-Signed Unsecured Appearance Bond

____ Secured Appearance Bond

_X_ (Other) Conditions as stated on the record.

____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/15/2013 at 2:31 pm.

By _____
　　Edmund F. Brennan
　　United States Magistrate Judge