BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-144 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING HEARING ON VIOLATION PETITION; ORDER |
| v. | DATE: October 10, 2014 |
| KIRK ARTHELL SANDERSON, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on October 10, 2014, at 2:00 p.m., regarding the violation petition of pre-trial services as to defendant Kirk Arthell Sanderson.

2. The parties have subsequently learned that Sanderson is the subject of a ten-day custodial sentence due to a state court matter.

3. The parties stipulate and request that the Court vacate the hearing scheduled for October 10, 2014 and issue a no bail warrant for defendant Sanderson. When Sanderson is transferred to federal custody pursuant to the detainer, the parties will schedule the hearing on the violation petition.

IT IS SO STIPULATED.

Dated: October 9, 2014                       BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ JARED C. DOLAN
                                             JARED C. DOLAN
                                             Assistant United States Attorney

Dated: October 9, 2014                       /s/ CLEMENTE JIMENEZ
                                             CLEMENTE JIMENEZ
                                             Counsel for Defendant
                                             KIRK ARTHELL
                                             SANDERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING HEARING ON
VIOLATION PETITION, [PROPOSED] ORDER

2