BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-144 JAM |
|---|---|
| Plaintiff, | STIPULATION TO MOVE DATE OF HEARING ON PRE-TRIAL RELEASE VIOLATION PETITION TO NOVEMBER 14, 2014 |
| v. | |
| KIRK SANDERSON, | DATE: November 7, 2014 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 7, 2014.

2. By this stipulation, the parties now move to continue the status conference until November 14, 2014 at 9:30 a.m. The reason for the request is due to the availability of the witness and counsel.

3. The parties further stipulate and request that the Court allow the government's sole witness, a representative from the drug laboratory in Texas, to testify by video-conference technology. The government will arrange the logistics of that testimony with Court personnel.

IT IS SO STIPULATED.

STIPULATION REGARDING HEARING ON
VIOLATION OF PRETRIAL RELEASE

1

Dated: November 4, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: November 4, 2014

/s/ Clemente Jiminez
CLEMENTE JIMINEZ
Counsel for Defendant
KIRK SANDERSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 5, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING HEARING ON
VIOLATION OF PRETRIAL RELEASE

2