CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Kirk Sanderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No.: 13-144 JAM |
|---|---|
| Plaintiff, | DEFENDANT KIRK SANDERSON'S REQUEST TO EXONERATE BOND |
| vs. | |
| KIRK SANDERSON, et al., | |
| Defendants. | |

Defendant, Kirk Sanderson, by and through his attorney, Clemente M. Jiménez, hereby requests that the secured bonds authorized for Mr. Sanderson's pretrial release be exonerated and that any collateral obligation for which the property was used be discharged.

On May 10, 2013, the Court received a Deed of Trust from Julius A. Jackson and Marylus E. Jackson as security for Defendant Sanderson's release. Additionally, on May 23, 2013, the Court received as security a Deed of Trust from Loretta K. Kirk and Charles E. Kirk.

On October 15, 2014, Mr. Sanderson was remanded into custody. On November 14, 2014, his pretrial release was revoked. He was sentenced in this case on March 24, 2015.

Mr. Sanderson hereby requests that the court exonerate the secured bonds posted in connection with his release in this case.

//

DATED: February 25, 2016

                                            /s/ Clemente M. Jiménez
                                            CLEMENTE M. JIMÉNEZ

**ORDER**

IT IS SO ORDERED that the secured bonds posted as collateral to secure Mr. Sanderson's release are hereby exonerated.

DATED:   2/29/2016

                                            /s/ John A. Mendez
                                            Hon. John A. Mendez
                                            United States District Court Judge